) Craig Cunningham

) Plaintiff, pro se

)

) v.

CIVIL ACTION NO. 3:15- CV-00894

)

) Ignite Capital, LLC, Ryan Sasson, and John/Jane Does 1-5

)

) Defendants.

## Plaintiff's Agreed Motion to Dismiss with Prejudice

1. The Plaintiff in this case requests the court dismiss his claims against all defendants with prejudice with each party bearing their own costs.

2. The parties have reached a resolution in the case.

Respectfully submitted,

Craig Cunningham, Plaintiff, Pro-se, January 7th 2016

Mailing address:

5543 Edmondson Pike, ste 248 Nashville, TN 37211

Nashville, tn 37211

615-348-1977

US District Court for the Middle District of TN

)   Craig Cunningham

)   Plaintiff, pro se

)

)       v.

## CIVIL ACTION NO.

)

)   Ignite Capital, LLC, Ryan Sasson, and John/Jane Does 1-5

)

)   Defendants.

## Order

On the Plaintiff's motion to dismiss, the court find the motion is Granted/Denied

Judge_____

Date_____

US District Court for the Middle District of TN

)    Craig Cunningham

)    Plaintiff, pro se

)

)        v.

## CIVIL ACTION NO.

)

)    Ignite Capital, LLC, Ryan Sasson, and John/Jane Does 1-5

)

)    Defendants.

### Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to Hal Browder at 3308 Lebanon Pike #30, Hermitage, TN 37076 on 1/7/2015

*[signature]*

Craig Cunningham

Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

1/7/2016

615-348-1977