IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00894 |
| ) | Judge Trauger |
| IGNITE CAPITAL, LLC, ET AL. ) | |
| ) | |
| Defendants. ) | |

### ORDER

The plaintiff's "Agreed Motion to Dismiss With Prejudice" (Docket No. 27), which is not opposed by the defendants, is GRANTED. It is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each party being responsible for its own costs.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 2nd day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge